# 714  CASES REPORTED WITH BRIEF SYLLABI.

HARRY WARREN v. CLARKE & LESLIE SON SONGS, INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL DORSHNICOP v. SINDICATO ORIENTALE DI COMMERCIO, MUNDUS SOCIETA ITALIANA DI COMMERCIO.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KATE WILDER v. PENNSYLVANIA RAILROAD COMPANY and Another.— Motion granted; question certified. Present — Dowling, Finch, McAvoy and Martin, JJ.

CATHERINE GRAY, as Administratrix, etc., of EDWARD GRAY, Deceased, v. E. H. VOUGHT & COMPANY, Appellant. H. H. VOUGHT and Another, as Partners, etc., Appellants.— Motion denied. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ALEXANDER ANDERSON.— Motion granted as indicated in order. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Petitioner, for a Certiorari Order to Be Directed to GEORGE A. McANENY and Others, Constituting the TRANSIT COMMISSION OF THE STATE OF NEW YORK, and the Said TRANSIT COMMISSION OF THE STATE OF NEW YORK, Defendants. THE TRANSIT COMMISSION OF THE STATE OF NEW YORK, Defendant, Appellant; THE CITY OF NEW YORK, Petitioner, Respondent, and HARRY BRONNER and Others, Constituting the NEW YORK RAILWAYS REORGANIZATION COMMITTEE, and NEW YORK RAILWAYS CORPORATION, Intervenors, Respondent. HARRY BRONNER, and Others, Constituting the NEW YORK RAILWAYS REORGANIZATION COMMITTEE, and Another, Intervenors, Appellants; THE CITY OF NEW YORK, Petitioner, Respondent, and THE TRANSIT COMMISSION OF THE STATE OF NEW YORK, Defendant, Respondent.— Order so appealed from affirmed, with ten dollars costs and disbursements to the petitioner, respondent. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MURRAY PHILLIPS, Respondent, v. ELEANOR BOARDMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARTHUR BECKER, Respondent, v. JOSEPH LEVIS and Another, Appellants.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANTOINETTE BECKER, Respondent, v. JOSEPH LEVIS and Another, Appellants. — Order modified by granting plaintiff's motion to vacate judgment and restore cause to the day calendar for trial, on payment of costs, and as so modified affirmed, without costs of this appeal. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY, Plaintiff, v. EARLINGTON REALTY CORPORATION, Appellant, and FRANK E. TOORS, Doing Business, etc., Respondent, Impleaded, etc.— Order modified by excluding the requirement for the production of books and papers, and as so modified affirmed. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELISHA HUSON WATERMAN, Respondent, v. FRANK D. WATERMAN, Individually